UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNIVERSITY OF CINCINNATI,
    Plaintiff,

vs.

RED CEDAR SOLUTIONS GROUP, INC.,
    Defendant.

Case No. 1:14-cv-458

Litkovitz, M.J.

**ORDER**

This matter is before the Court following an informal discovery conference held on June 24, 2015.

As stated during the conference, the parties have agreed to collaborate to resolve the discovery issues identified as follows:

First, defendant represents that it will provide its response to plaintiff's interrogatory requests by the end of the week. If plaintiff perceives there are deficiencies in defendant's written responses, plaintiff may request a discovery conference with the Court after the parties have in good faith conferred in an effort to resolve the dispute.

Second, with respect to the large PDF file submitted by defendant in response to plaintiff's interrogatory requests, the parties have tentatively agreed to "share the load" in repackaging the emails and attachments into smaller files or documents. The parties will consult with their in-house IT specialists as well as a third-party vendor to determine the most cost-effective method of achieving this goal. The Court will revisit this issue in the event the parties are unable to reach a mutually acceptable agreement on the method to employ.

Third, defendant is entitled to know the factual basis of plaintiff's breach of contract claim, which is premised upon allegations that defendant delivered defective or unusable software. Plaintiff will clarify its responses to defendant's Interrogatories 3 and 15 (First Set of

Interrogatories) and Interrogatory 4 (Second Set of Interrogatories) as related to the spreadsheets and supporting documents produced in response to Interrogatory 4. Defendant shall identify for plaintiff's counsel examples of documents that it perceives as non-responsive or ambiguous in the documents previously produced.

**IT IS SO ORDERED**

Date: 6/25/15

Karen L. Litkovitz
United States Magistrate Judge